IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Petitioner,

v.                                                      CASE NO. 1:05cv3-MMP/AK

STATE OF FLORIDA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

       This cause, which was transferred to this Court from the United States District Court for the Northern District of Alabama, is before the Court on Petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 13 at Doc. 6. In his petition, Petitioner complains that a 1996 Levy County drug conviction was obtained in violation of his constitutional rights and thus should not have been used to enhance his federal sentence. *Id.* The judgment in Petitioner's federal criminal case was entered on January 29, 1996, *see* Cause No. 1:95cr1019-MMP (N.D. Fla.), and Petitioner has been released from prison. *See* http://www.bop.gov/iloc2/LocateInmate.jsp.

       This petition is grossly out of time. Assuming Petitioner did not know that he had received a term of imprisonment in the Levy County case and therefore did not have the facts necessary to challenge that conviction until he was sentenced in this Court in January, 1996, he was required by the AEDPA to assert his challenge to the state court judgment within one year

of April, 1996, when the AEDPA took effect.  This petition was not filed until April 12, 2004, almost seven years out of time.  The petition should be summarily dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that the amended petition for writ of habeas corpus, Doc. 13 at Doc. 6, be **DENIED**, and this cause be **DISMISSED WITH PREJUDICE**.

**IN CHAMBERS** at Gainesville, Florida, this  **15th**  day of July, 2005.


s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**