IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Petitioner,

v.                                      CASE NO. 1:05-cv-00003-MP-AK

MARTHA L JORDAN,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendations of the Magistrate Judge, recommending that Doc. 13, Petitioner's amended petition for writ of habeas corpus, be dismissed with prejudice. The report was signed by the Magistrate on July 15, 2005. A copy of the report was mailed to the Plaintiff, but was returned to the Court as non-deliverable. A search of the Federal Bureau of Prisons website indicates that the Petitioner was released from prison on May 27, 2005. The Petitioner no longer has any forwarding information on file.

Having considered the Report and Recommendation, as well as Petitioner's failure to keep the Court informed of his current address, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED WITH PREJUDICE, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *7th* day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge